584 A.2d 244

INTERNATIONAL FEDERATION OF PROFESSIONAL & TECHNI-CAL ENGINEERS, LOCAL 194A v. BURLINGTON COUNTY BRIDGE COMMISSION.

June 11, 1990.

Petition for certification denied. (See 240 *N.J.Super.* 9, 572 *A.*2d 204)

584 A.2d 244

IVY HILL PARK APARTMENTS, SECTION V. INC. v. ELAINE JAMES.

June 11, 1990.

Petition for certification denied.

584 A.2d 244

ALFRED A. SLOCUM v. EDDIE C. MOORE.

June 11, 1990.

Petition for certification denied.

584 A.2d 244

NEW JERSEY DIVISION OF YOUTH AND FAMILY SERVICES v. M.E.

June 11, 1990.

Petition for certification denied.